Dec 14 06 04:01p   U. S. DISTRICT COURTS   563 884 7604   p.2
2:06-mj-07241-DGB   # 1   Page 1 of 10
Case 3:06-cr-00569-UNA-TJS   Document 19   Filed 09/13/2006   Page 1 of 4

E-FILED
Thursday, 14 December, 2006 04:39:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
SEP 1 3 2006

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:06-cr-569 |
| ) | |
| v. ) | |
| ) | **INDICTMENT** |
| DARLENE ANN BARNEY, ) | T. 21, U.S.C., § 841(a)(1) |
| STANLEY DEAN CROW, ) | T. 21, U.S.C., § 841(b)(1)(A) |
| VALERIE LOUISE STOCKSTELL, ) | T. 21, U.S.C., § 841(b)(1)(B) |
| TERRY LYNN PETER, ) | T. 21, U.S.C., § 841(b)(1)(C) |
| DARIL CHRISTOPHER HOIT, ) | T. 21, U.S.C., § 846 |
| CHRISTOPHER MARK BLANCHARD, ) | |
| PRINCE ROSHAWN FERGUSON, and ) | |
| DENNIS GEMAL OGBURN ) | |
| Defendants. ) | |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT I**
(Conspiracy to Distribute Drugs)

From on or about December 20th, 2004, and continuing until on or about May 2nd, 2006, in and about Johnson County in the Southern District of Iowa, and elsewhere, the defendants, DARLENE ANN BARNEY, STANLEY DEAN CROW, VALERIE LOUISE STOCKSTELL, TERRY LYNN PETER, DARIL CHRISTOPHER HOIT, CHRISTOPHER MARK BLANCHARD, PRINCE ROSHAWN FERGUSON, and DENNIS GEMAL OGBURN did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury to knowingly distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Distribution of a Controlled Substance)**

That on or about April 12th, 2006, in and about Johnson County in the Southern District of Iowa, the defendants, DENNIS GEMAL OGBURN and PRINCE ROSHAWN FERGUSON, did knowingly and intentionally distribute to another person at least 5 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Distribution of a Controlled Substance)**

That on or about April 18th, 2006, in and about Johnson County in the Southern District of Iowa, the defendants, DENNIS GEMAL OGBURN and PRINCE ROSHAWN FERGUSON, did knowingly and intentionally distribute to another person at least 5 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Distribution of a Controlled Substance)**

That on or about April 19th, 2006, in and about Johnson County in the Southern District of Iowa, the defendants, DENNIS GEMAL OGBURN and PRINCE ROSHAWN FERGUSON, did knowingly and intentionally distribute to another person at least 5 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Distribution of a Controlled Substance)**

That on or about February 8th, 2006, in and about Johnson County in the Southern District of Iowa, the defendants, DARIL CHRISTOPHER HOIT and CHRISTOPHER MARK BLANCHARD, did knowingly and intentionally distribute to another person a quantity of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 6
(Distribution of a Controlled Substance)

That on or about February 25th, 2006, in and about Johnson County in the Southern District of Iowa, the defendant, CHRISTOPHER MARK BLANCHARD, did knowingly and intentionally distribute to another person at least 5 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 7
(Distribution of a Controlled Substance)

That on or about March 10th, 2006, in and about Johnson County in the Southern District of Iowa, the defendant, CHRISTOPHER MARK BLANCHARD, did knowingly and intentionally distribute to another person at least 5 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL.**                          /s/
                                          _____
                                          FOREPERSON

Matthew G. Whitaker
United States Attorney


By: /s/ Melisa Zaehringer
    _____
    Melisa Zaehringer
    Special Assistant United States Attorney

# United States District Court

| SOUTHERN | DISTRICT OF IOWA | IOWA |

RECEIVED
USMS S/IOWA
2006 SEP 18 P 4: 32    DAVENPORT DIVISION

UNITED STATES OF AMERICA

V.

DENNIS GEMAL OGBURN

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-569

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dennis Gemal Ogburn__
                                         Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and distribution of cocaine base

in violation of Title __21__ United States Code, Section(s) __846, 841(b)(1)(A), 841(a)(1), 841 b)(1)(B)__

Thomas J. Shields
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 13, 2006, Davenport, Iowa
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |


U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST SENTENCED PRISONER

United States Marshal
CENTRAL DISTRICT OF ILLINOIS
*(District)*

600 E. Monroe Street, Room 333
Springfield, Illinois 62701
(217) 492-5001

*(Return Address and Phone)*

*Please type or print neatly:*

TO: DANVILLE CORRECTIONAL CENTER

DATE: October 26, 2006
SUBJECT: OGBURN, DENNIS GEMAL
AKA: none known
DOB/SSN: 05/02/1969 ;
REF. # IDOC #: B-46029
USMS #:
CR #: 3:06-cr-569

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the ___SOUTHERN___ District of ___IOWA___ has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

CONSPIRACY TO DISTRIBUTE COCAINE BASE AND DISTRIBUTE OF COCAINE BASE
TITLE 21 ; 846, 841(B)(1)(a), 841(A)(1), 841(B)(1)(B)

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act APPLY to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provisions of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. **Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges.** If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

INSTRUCTIONS FOR COMPLETION OF STATEMENTS

1. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on (date) __10/26/2006__, on the basis of Federal criminal charges filed against you in the U.S. District Court for the __Southern__ District of __IOWA__ With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby advised that the 180-day time limit does not commence until your written notice of request for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.

Form USM-17
Rev. 04/05

If you have any questions regarding the provisions of the IADA, you should contact your attorney or the U.S. Attorney for the ___Southern___ District of ___Iowa___.

2. Please execute the following:

The foregoing was read to or by subject and a copy of the Detainer was delivered to him on ___10/31/06___
(date)

Signed: _[signature]_      Title: _Records Supervisor_

3. Please have the prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charge(s) (I do) (do not) demand a speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charges against me has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether my written notice of request for a final disposition of the charges against me has been received by the appropriate U.S. Attorney and appropriate U.S. District Court. Finally, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_[signature]_
(Witness)

_[signature]_
(Signature of Prisoner and Date)

OGBURN, DENNIS Gemal
(Typed or Printed Name of Prisoner)

*[margin note: ✗ MUST CHOOSE DO — or — DO NOT THANK YOU]*

4. Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the ___Southern___ District of ___IOWA___ and the U.S. District Court for the ___Southern___ District of ___IOWA___.

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge(s) at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

**RECEIPT**
Date: 10/31/06
Signed: _[signature]_
By: _[signature]_
Title: _Records Officer Supervisor_

Very truly yours,
_[signature]_
(Signature)
STEVEN D. DEATHERAGE
U.S. Marshal

11/13/06 — Mailed signed copy to AUSA.
_[initials]_

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

# U.S. District Court
## United States District Court for the Southern District of Iowa (Davenport)
### CRIMINAL DOCKET FOR CASE #: 3:06-cr-00569-UNA-TJS-8

Case title: USA v.Crow, et al

Date Filed: 09/13/2006

Assigned to: Judge Unassigned
Referred to: Magistrate Judge Thomas J. Shields

**Defendant**

**Dennis Gemal Ogburn** (8)

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE 21:846 and 841(b)(1)(A) Conspiracy to Distribute Drugs (cocaine base "crack") (1) | |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE 21:841(a)(1) and 841(b)(1)(B) Distribution of a Controlled Substance (cocaine base "crack") (2-4) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA              represented by **Melisa Zaehringer**
                               UNITED STATES ATTORNEY

```
                              131 EAST 4TH STREET
                              SUITE 310
                              DAVENPORT, IA 52801
                              563 884 7700
                              Fax: 563 884 7701
                              Email: melisa.zaehringer@usdoj.gov
                              LEAD ATTORNEY
                              ATTORNEY TO BE NOTICED
```

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2006 | | Case unsealed as to Stanley Dean Crow, Darlene Ann Barney, Valerie Louise Stockstell, Terry Lynn Peter, Daril Christopher Hoit, Christopher Mark Blanchard, Prince Roshawn Ferguson, Dennis Gemal Ogburn (bp, ) (Entered: 09/25/2006) |
| 09/13/2006 | | Judge update in case as to Stanley Dean Crow, Darlene Ann Barney, Valerie Louise Stockstell, Terry Lynn Peter, Daril Christopher Hoit, Christopher Mark Blanchard, Prince Roshawn Ferguson, Dennis Gemal Ogburn. Judge Unassigned and Thomas J. Shields added. (kb) (Entered: 09/14/2006) |
| 09/13/2006 | 20 | TEXT Minute Entry for proceedings held before Judge Thomas J. Shields :Grand Jury Presentment as to Stanley Dean Crow, Darlene Ann Barney, Valerie Louise Stockstell, Terry Lynn Peter, Daril Christopher Hoit, Christopher Mark Blanchard, Prince Roshawn Ferguson, Dennis Gemal Ogburn held on 9/13/2006. Secret, Letters to issue for defendants Barney and Cros; Warrants to issue for all remaining defendnats, Gov. requested Detention. AUSA Donald B. Allegro for the USA. Times: 1:52-2:06 p.m. (Court Reporter None.) (rmj/kb) (Entered: 09/14/2006) |
| 09/13/2006 | 19 | REDACTED INDICTMENT by USA as to Stanley Dean Crow, Darlene Ann Barney, Valerie Louise Stockstell, Terry Lynn Peter, Daril Christopher Hoit, Christopher Mark Blanchard, Prince Roshawn Ferguson, Dennis Gemal Ogburn. (kb) (Entered: 09/14/2006) |
| 09/13/2006 | 18 | SEALED INDICTMENT as to Stanley Dean Crow (1) count(s) 1, Darlene Ann Barney (2) count(s) 1, Valerie Louise Stockstell (3) count(s) 1, Terry Lynn Peter (4) count(s) 1, Daril Christopher Hoit (5) count(s) 1, 5, Christopher Mark Blanchard (6) count(s) 1, 5, 6-7, Prince Roshawn Ferguson (7) count(s) 1, 2-4, Dennis Gemal Ogburn (8) count(s) 1, 2-4. (kb) (Entered: 09/14/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/14/2006 14:32:49 | | |
| PACER Login: | us4494 | Client Code: |

| Description: | Docket Report | Search Criteria: | 3:06-cr-00569-UNA-TJS Start date: 1/1/1970 End date: 12/14/2006 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |