# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS (Urbana)_____

UNITED STATES OF AMERICA

v.

_____DENNIS GEMAL OGBURN_____

Defendant

**FILED**
DEC 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __06-MJ-7241__

CHARGING DISTRICTS
CASE NUMBER: __06-CR-00569__

I understand that charges are pending in the ___SOUTHERN___ District of ___IOWA (Davenport)___ alleging violation of ___21 U.S.C. § 841(a)(1) and (b)(1)(B)___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X )    identity hearing

(   )    preliminary hearing

(   )    identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/Dennis Ogburn
_____
Defendant

14 Dec. 2006
_____
Date

s/A. Brian Threlkeld
_____
Defense Counsel