AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

UNITED STATES OF AMERICA
V.
**DENNIS GEMAL OGBURN**

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 06-CR-569 | 06-M-7241 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1) and (b)(1)(B)

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF IOWA - Davenport

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Controlled Substance - 21:846 and 841(b)(1)(A); and Controlled Substance - Sell, Distribute or Dispense - 21:841(a)(1) and 841(b)(1)(B) (cocaine base "crack")

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  X No  ☐ Yes  Language:

**DISTRICT OF**  ILLINOIS (Central - Urbana)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 14, 2006
Date

s/David G. Bernthal
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |