



# United States District Court

**JOHN M. WATERS**  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

OFFICE OF THE CLERK  
218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61801

December 15, 2006

U.S. District Court  
P.O. Box 256  
Davenport, IA  52805-0256

          RE: USA V.  DENNIS GEMAL OGBURN  
          CASE NO. URBANA, IL  06-7241

Dear Clerk:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 12/14/06, enclosed please find:

    1. Docket Sheet

    2. Financial Affidavit

    3. Waiver of Rule 5 hearing

    4. Commitment to Another District

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

          Very truly yours,

          JOHN M. WATERS, CLERK  
          U.S. DISTRICT COURT

          By:      s/S. Doan

Enclosure(s)  
          Deputy Clerk

JMW/skd

06-7241transferletter.wpd