E-FILED
Thursday, 28 December, 2006 02:43:39 PM
Clerk, U.S. District Court, ILCD

United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

December 28, 2006

U.S. District Court
Southern District of Iowa
131 E. 4th St., Room 150
Davenport, IA 52801

RE: USA V. DENNIS GEMAL OGBURN
CASE NO. URBANA IL: 06-7241

Dear Clerk:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 12/14/06, enclosed please find:

1. Docket Sheet

2. Financial Affidavit

3. Waiver of Rule 5 Hearing

4. Commitment to Another District

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Please note that these documents were originally mailed 12/15/06, but were returned due to an incorrect address. After a call to one of the divisional offices, we were notified this court had moved and we were given the correct address.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
By: s/S. Doan
Deputy Clerk

Enclosure(s)
JMW/skd