

# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

December 28, 2006

**RECEIVED**
JAN 04 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

U.S. District Court
Southern District of Iowa
131 E. 4th St., Room 150
Davenport, IA 52801

RE: USA V. DENNIS GEMAL OGBURN
CASE NO. URBANA IL: 06-7241

Dear Clerk:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 12/14/06, enclosed please find:

1. Docket Sheet

2. Financial Affidavit

3. Waiver of Rule 5 Hearing

4. Commitment to Another District

**FILED**
JAN 08 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Please note that these documents were originally mailed 12/15/06, but were returned due to an incorrect address. After a call to one of the divisional offices, we were notified this court had moved and we were given the correct address.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
By:    s/S. Doan
       Deputy Clerk

Enclosure(s)
JMW/skd